### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL A. CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-08-1010-R |
| ) | |
| SHERIFF JOHN WHETSEL, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff filed this action alleging violation of his civil rights. Pursuant to 28 U.S.C. § 636(b)(1)( B), the matter was referred to United States Magistrate Judge Robert E. Bacharach for preliminary review. On February 27, 2009, Judge Bacharach issued a Report and Recommendation wherein he recommended that Plaintiff's motion to dismiss be granted as to his claims against Defendants Whetsel, McLaren and Seabrook on his claims alleging a right to outdoor exercise and challenging the restrictions on his trust account. The record reflects no objection has been filed to the Report and Recommendation nor has any party sought additional time in which to object. Accordingly, and consistent with Plaintiff's motion, the claims set forth above are hereby dismissed.

IT IS SO ORDERED this 25th day of March 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE