**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MICHAEL A. CAMPBELL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-08-1010-R |
| | ) |
| **SHERIFF JOHN WHETSEL, et al.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered May 29, 2009 [Doc. No. 66]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this case is DISMISSED without prejudice.

IT IS SO ORDERED this 24th day of June, 2009.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE